IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR211 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| WILLIAM LEE HAGOOD, III. ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and ING DIRECT:

A judgment was entered on March 25, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, William Lee Hagood, III, aka/Lee Hagood, whose last known address is XXXXXXXXX, Woodstock, GA 30189, in the sum of $3,261,679.30. The balance on the account as of July 6, 2011, is $3,178,551.36.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and ING Direct is commanded to **turn over property** in which the defendant, William Lee Hagood, III, aka/Lee Hagood, has a substantial nonexempt interest, the said property being funds located in ING Direct accounts including, but not limited to, any and all mutual funds, stocks and retirement accounts, in the name of William Lee Hagood, III, aka/Lee Hagood, at the following address: ING Direct, 802 Delaware Ave, Wilmington, DE 19801, Attention: Legal Department.

Signed: August 9, 2011

David C. Keesler
United States Magistrate Judge